# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas
JUL 24 2019
Clerk, U.S. District Court
By _____ Deputy Clerk

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                   Case No. 19-M-6122-01-KGG

**JEREMY VOS,**

    Defendant.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

**18 U.S.C. § 2113(a)**
**(Bank Robbery)**

On or about July 23, 2019, in the District of Kansas, the defendant,

**JEREMY VOS,**

by force, violence, and intimidation, did take from the person and presence of another, money – approximately $1,410.00 in currency of the United States – belonging to and in

the care, custody, control, and possession of the Intrust Bank located at 5500 East Harry Street in Wichita, Kansas, a bank whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

I further state that I am a Special Agent of the Federal Bureau of Investigation (FBI), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the defendant, Jeremy Vos, committed the offense set forth in this Complaint.

IAN ENSLEY
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 24th day of July, 2019, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that the defendant, Jeremy Vos, committed the offense set forth herein.

United States Magistrate Judge

Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR CRIMINAL COMPLAINT

I, Ian Ensley, Special Agent of the Federal Bureau of Investigation, being duly sworn, state the following:

## INTRODUCTION

1. This Affidavit is being offered in support of an Application for Criminal Complaint for JEREMY VOS, a white male, date of birth XXXX, XXXX, for violation of Title 18 U.S.C. 2113.

I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Kansas City Field Division, Wichita Resident Agency since June, 2019. I received my initial law enforcement training and instruction to become a law enforcement officer in 2019 at the FBI Academy located in Quantico, Virginia where I received training concerning violations of criminal statutes as they relate to violations of the laws of the United States of America.

The statements contained in this affidavit are based on information known to me as a result of my participation in this investigation or on information provided to me by witnesses or other law enforcement personnel involved in this investigation. The statements are also based upon the collective experience of other law enforcement personnel involved in this investigation and on my own training and experience.

## PROBABLE CAUSE

1. Vos entered the Intrust Bank at 5500 East Harry Street, Wichita, Kansas, 67218 on three separate occasions on July 23, 2019. On the first occasion, he inquired about an account to teller E.N., but was asked to show an ID which he did not have on his person. He left the bank and returned, presented the ID of Jeremy Vos to E.N. Nelson was unable to

help Vos locate account information due to length of inactivity on his account. Vos was then helped by banker S.C. in locating his account information. After being given the balance owed on his account Vos exited the bank area. Vos returned approximately 5 minutes later, and handed E.N. a handwritten note on half of a bank deposit slip stating, "This is a robbery. No die [sic] bags. I have a gun." E.N. placed $1410.00 from her drawer including $100 in bait bills in the $10 denomination. Vos took the money and note and exited the location.

2. Both E.N. and S.C. reported that the male who had tried to conduct business and had robbed the bank was the same person as depicted on the identification that had been presented to them. They provided his name of Jeremy Vos with a date of birth of 1998.

3. E.N. and A. R., another employee of the bank, both stated that Vos was wearing a dark grey t-shirt and black Oklahoma City Thunder baseball cap.

4. The bank provided surveillance video of the suspect. He was a white male in his 20's. He was wearing glasses, a gray tee shirt and a ball cap with a blue bill. He did not conceal his face in any way.  Detective Kenneth Davis, of Wichita Police Department, viewed the surveillance video and compared the suspect to the known photographs of Jeremy Vos. They appeared to be the same person.

5. Wichita Police Officers located a possible address of 1539 S. Parkwood for Vos using police databases. Officers responded to this address and made contact with Roy Gibson. He reported that he knows Jeremy Vos but that Jeremy doesn't live there. He said Jeremy had stopped by earlier. He granted a waiver to search his home. Officers located clothing

and a ball cap consistent in appearance to what the bank robbery suspect had been wearing.

6. Officers learned that Jeremy Vos has a close friend named Melaney Abraham who lives at 1029 S. Dalton. Contact was made with Melaney. She said she had not seen Jeremy that day but had messaged with him using Facebook Messenger. She said in the morning he messaged her that he was at 21st and Rock and was going to rob a bank. She said she had later received a message from him saying he had money and wanted to go buy some "kill." She said Jeremy was on his way over to her house. Officers waited at this location until Jeremy arrived at which point he was taken into custody.

7. Jeremy was found to be in possession of a large amount of money in the denominations of 20's and 10's including 6 notes of $10 denomination with serial numbers matching the Bait Bills. He was also in possession of the note used to rob the bank. It was written on a bank deposit slip as described by the bank employees.

8. Detective Herman and Affiant conducted a post-Miranda interview with Vos. Vos admitted to robbing the Intrust Bank inside of Dillons by writing a note and passing it to a teller. He said he left with an unknown amount money. He went to Roy's house where he changed his clothing and told Roy that he had robbed the bank. Vos said he went to a restaurant and bought food before calling for a ride. The driver picked him up at Candlewood Suites, 5211 E Kellogg, Wichita, Kansas, then took him to Melaney's home at which point he was contacted by police and arrested.

## CONCLUSION

9. Based upon the aforementioned facts, there is probable cause to believe that Jeremy Vos committed the offense of bank robbery, by intimidation, by attempting to take money,

that is approximately $1,410.00 U.S. Currency, from the person of another, which money was in the care, custody, control and management of INTRUST BANK, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, Certificate Number 4799-6, in violation of Title 18 U.S.C. 2113.

FURTHER AFFIANT SAYETH NAUGHT.

IAN ENSLEY
Special Agent
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN before me this 24th day of July, 2019.

HONORABLE KENNETH G. GALE
United States Judge
District of Kansas